**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| STANLEY PACE, | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 4:12-CV-335 |
| ATRYA SAS, | § § § | |
| Defendant | § | JURY DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Stanley Pace and Defendant ATRYA SAS hereby STIPULATE that the above-styled and numbered cause of action, including all causes of action raised therein, should be DISMISSED WITH PREJUDICE.

Respectfully submitted,

/s/ Jason P. Bloom
Jason P. Bloom
Texas State Bar No. 24045511
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR PLAINTIFF STANLEY PACE**

/s/ Bruce A. McDonald
Richard J. Groos
Texas Bar No. 08529100
C. Ashley Callahan
Texas Bar No. 24027545
**FULBRIGHT & JAWORSKI LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Tel.: (512) 536-5218
Fax: (512) 536-4598
Email: rgroos@fulbright.com
acallahan@fullbright.com

Michael Regitz
Texas Bar No. 24051238
**FULBRIGHT & JAWORSKI LLP**
2200 Ross A venue, Suite 2800
Dallas, TX 75201-2784
Tel: (214) 855 8000
Fax: (214) 855 8200
Email: mregitz@fulbright.com

Bruce A. McDonald, Admitted Pro Hac Vice
**BUCHANAN INGERSOLL & ROONEY PC**
1737 King Street, Suite 500
Alexandria, VA 223 15
Tel.: (703) 838-6620
Fax: (703) 836-2021
Email: bruce.mcdonald@bipc.com

**ATTORNEYS FOR DEFENDANT ATRYA SAS**

## CERTIFICATE OF SERVICE

       I hereby certify that on this 29th day of March, 2013, I served the forgoing document on counsel for all parties who have made an appearance in this matter in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

                                                 /s/ Jason P. Bloom
                                                 Jason P. Bloom