# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| STANLEY PACE, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-335 |
| | § | |
| ATRYA SAS, | § | |
| | § | |
| Defendant. | § | JURY DEMANDED |

## ORDER

Having considered the Stipulation of Dismissal with Prejudice [de #22] filed by Plaintiff Stanley Pace and Defendant ATRYA SAS, the court hereby ORDERS that the above-styled and numbered cause of action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**SIGNED this the 13th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE